## MOTION AND PROCEDURAL RULINGS

**2006–0919. Conley v. Smith.**
Stark App. No. 2005CA00215, 2006-Ohio-1498. On motion to have Clayton B. Smith declared a vexatious litigator and motion to strike that motion. Motions denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would grant the motion to declare Clayton B. Smith a vexatious litigator.

**2007–1358. Zajc v. Hycomp, Inc.**
Cuyahoga App. No. 88421, 172 Ohio App.3d 117, 2007-Ohio-2637. On appellee's motion for leave to voluntarily dismiss his claims against appellants. Motion granted.

PFEIFER, LANZINGER, and CUPP, JJ., would remand the cause to the trial court for dismissal of the claims with prejudice.

**2007–1408. Cassarlie v. Shell Oil Co.**
Cuyahoga App. No. 88361, 2007-Ohio-2633. On motion for admission pro hac vice of Thomas R. Phillips and David M. Rodi by Thomas R. Lucchesi. Motion granted.

**2007–2289. State ex rel. Lorain v. Stewart.**
In Mandamus. On motions for leave to intervene and answers of Oster Construction, Inc., Bevat Investments, L.L.C., K. Hovnanian Oster Homes, L.L.C., and Affected Property Owners and respondent's motion to dismiss. Motions to intervene are denied. Motion to dismiss is denied.

Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relators shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relators' brief; and relators may file a reply brief within seven days after filing of respondent's brief.

MOYER, C.J., would grant the motions to intervene.

LUNDBERG STRATTON, J., dissents and would grant the motion to dismiss.

**2007–2438. State ex rel. Couch v. Trimble Local School Dist. Bd. of Edn.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondents' brief.

**2008–0452. State v. Zweifel.**
Union App. No. 14–06–58. On motion for leave to file delayed appeal. Motion denied for want of four votes.

MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., would grant the motion.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., would deny the motion.

CUPP, J., not participating.

**2008–0465. State v. Reuschling.**
Ashtabula App. No. 2007–A–0006, 2007-Ohio-6726. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.